# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA OROZCO MICHEL,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br><br>Defendant. | CASE NO. 09-CV-2214 JLS (POR)<br><br>**ORDER: (1) ADOPTING REPORT AND RECOMMENDATION; (2) GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; (3) DENYING DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT; (4) REMANDING FOR FURTHER PROCEEDINGS**<br><br>(Doc. Nos. 14–16) |

Presently before the Court are Plaintiff's motion for summary judgment (Doc. No. 14), Defendant's cross-motion for summary judgment (Doc. No. 15), and Magistrate Judge Porter's report and recommendation advising the Court to grant Plaintiff's motion, deny Defendant's motion, and remand for further proceedings (Doc. No. 16).

Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636(b)(1) set forth a district court's duties in connection with a magistrate judge's report and recommendation. The district court must "make a de novo determination of those portions of the report to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *see also United States v. Raddatz*, 447 U.S. 667, 673–76 (1980); *United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989). However, in the absence of timely

1 objection, the Court "need only satisfy itself that there is no clear error on the face of the record in
2 order to accept the recommendation." Fed. R. Civ. P. 72 advisory committee's note (citing *Campbell*
3 *v. U.S. Dist. Court*, 501 F.2d 196, 206 (9th Cir. 1974)).

4     Here, neither party has timely filed objections to Magistrate Judge Porter's report and
5 recommendation.  (*See* R&R 20 (objections due by February 25, 2011).)  Having reviewed the report
6 and recommendation, the Court finds that it is thorough, well reasoned, and contains no clear error.
7 Accordingly, the Court hereby (1) **ADOPTS** Magistrate Judge Porter's report and recommendation,
8 (2) **GRANTS** Plaintiff's motion for summary judgment, (3) **DENIES** Defendant's cross-motion for
9 summary judgment, and (4) **REMANDS** this matter for further proceedings consistent with the report
10 and recommendation.

11     **IT IS SO ORDERED.**

13 DATED: February 28, 2011

14 *Janis L. Sammartino*
Honorable Janis L. Sammartino
15 United States District Judge